## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

NICHOLAS CORTEZ ADDISON                                PLAINTIFF

v.                              No. 3:15-cv-69-DPM

JIMMY GALOWAY, Prosecuting Attorney,
Poinsett County; BEN BRISTOW, Defendant's
Attorney, Poinsett County; CLAUDIA MATTEWS,
Circuit Clerk and Recorder, Poinsett County;
MISTY RICHARDSON, Circuit Clerk and Recorder,
Poinsett County; and POINSETT COUNTY,
ARKANSAS, Criminal Division                          DEFENDANTS

### ORDER

Addison's motion for discovery, № 9, is denied without prejudice. This

case was stayed 27 April 2015 pending resolution of Addison's state criminal

case. № 4.

So Ordered.

_D.P. Marshall Jr._
D.P. Marshall Jr.
United States District Judge

12 June 2015