IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

NICHOLAS CORTEZ ADDISON                                             PLAINTIFF

v.                         No. 3:15-cv-69-DPM

JIMMY GALOWAY, Prosecuting Attorney,
Poinsett County; BEN BRISTOW, Defendant's
Attorney, Poinsett County; CLAUDIA MATTEWS,
Circuit Clerk and Recorder, Poinsett County;
MISTY RICHARDSON, Circuit Clerk and Recorder,
Poinsett County; and POINSETT COUNTY,
ARKANSAS CIRCUIT COURT, Criminal Division        DEFENDANTS

ORDER

Motion for voluntary dismissal, № 18, granted. The stay is lifted, and Addison's complaint will be dismissed without prejudice.

So Ordered.

*D.P. Marshall Jr.*
United States District Judge

26 August 2015